| United States Bankruptcy Court | Amended | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (If individual, enter Last, First, Middle)<br>**Brezhneva, Yelena** | Name of Joint Debtor (spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names)<br><br>Yelena Yekta | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names) |
| Last four digits of Soc. Sec. Or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br><br>**8691** | Last four digits of Soc. Sec. Or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>'(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2816 Tilten Kilt<br>Las Vegas, NV**<br>ZIP CODE 89081 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>CLARK | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>**2550 E. Desert Inn #316<br>Las Vegas, NV**<br>ZIP CODE 891211 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check **one** box)

- [X] Individual (Includes Joint Debtors)
  *See Exhibit D on Page 2 of this form*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if Debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check **one** box)

- [ ] Health Care business
- [ ] Single Asset Real estate as defined in 11 U.S.C. 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Banker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check Box if Applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of the Bankruptcy Code Under Which the Petition Is Filed** (check one box):

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check One Box)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee(Check One Box)**

- [X] Full Filing Fee Attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in Installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check One Box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 105(51D).
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 105(51D).

Check If:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,129,000.

Check all applicable boxes:
- [ ] A Plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statsitcal/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,000 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s)<br>**Brezhneva, Yelena** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed  **Nevada** | Case Number: **09-13087-bam** | Date Filed: **April, 2009** |
| Location<br>Where Filed | Case Number: | Date Filed: |

| Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor | Case Number: | Date Filed: |
| District | Relationship | Judge |

| Exhibit A | Exhibit B |
|---|---|
| To be completed if debtor is required to file periodic reports (e.g., forms 10k and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 19344 and is requesting relief under chapter 11.) | (To be completed if the debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 123, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certified that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibig A is attached and made a part of this petition. | **/s/  Richard E. Hawkins, Esq.          05/04/10**<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒    Exhibit D completed and signed by the debtor is attached and made a part of this petition

(If this is a joint petition)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petit

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1.08)

Page 3

| **Voluntary Petition** | Name of Debtor(s) | **Brezhneva, Yelena** |
|---|---|---|
| *(This page must be completed and filed in every case.)* | | |

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   **/s/  Yelena Brezhneva**
_____
Signature of Debtor

X
_____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)
05/04/10
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

_____
(Signature of Foreign Representative)

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney***

**/s/   Richard E. Hawkins, Esq.**
_____
Signature of Attorney for Debtor(s)

**Richard E. Hawkins, Esq.**
_____
Printed Name of Attorney for Debtor(s)

**Hawkins Law Firm**
_____
Firm Name

Address      4680 Polaris Rd
            Suite 250

            Las Vegas, NV  89103

            (702) 508-8462
_____
Telephone Number      05/04/10
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

B 1D (Official Form 1, Exhibit D) (10/06)

# UNITED STATES BANKRUPTCY COURT

In re **Brezhneva, Yelena**

Debtor(s)

Case No._____

(if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (10/06) – Cont.

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* _____

_____.

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.)**;**

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district**.**

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    /s/  Yelena Brezhneva

Date: _____        05/04/10

2

Certificate Number: 02910-NV-CC-010851691

# CERTIFICATE OF COUNSELING

I CERTIFY that on May 4, 2010 , at 7:42 o'clock PM EDT ,

Yelena Yekta-Brezhneva received from

InCharge Education Foundation, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

District of Nevada , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet .

Date: May 4, 2010        By    /s/Tamara Dalton

                         Name   Tamara Dalton

                         Title   Certified Bankruptcy Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

B 201 (04/09/06)

## UNITED STATES BANKRUPTCY COURT

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file f bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for c counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by tele or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United S trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

#### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss y case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay yo creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefor may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic su and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain d which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt a from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may dete that the debt is not discharged.

#### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing f administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed ce dollar amounts set forth in the Bankruptcy Code.

B 201                                                                                                    Page 2

    2. Under chapter 13, you must file with the court  a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors.  The court must approve your plan before it can take effect.
    3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

    **Chapter 11:  Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**
    Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

    **Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**
    Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

    A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both.  All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition.  Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer
    I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____

Printed name and title, if any, of Bankruptcy Petition Preparer

Address:

_____

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

### Certificate of the Debtor
    I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Brezhneva, Yelena**                                                        X **/s/  Yelena Brezhneva**                                    **05/04/10**
_____                                        _____
Printed Name(s) of Debtor(s)                                                    Signature of Debtor                    Date

Case No. (if known) _____                    X_____
                                                                                                    Signature of Joint Debtor (if any)    Date

## United States Bankruptcy Court
### District of Nevada

In re:

**Brezhneva, Yelena**

Case No.

Chapter No.                    7

DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable

Part I – Declaration of Petitioner

I [We]   **Brezhneva, Yelena**                    and
the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C § 707(a)(3) without further notice.

[X]   If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

[ ]   If petitioner is a corporation or partnership) I declare under penalty of perjury that the information provided on this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated                                                                                                05/04/10

Signed _____    _____
         Yelena Brezhneva
         Applicant                                          (Joint Applicant)

Part II – Declaration of Attorney

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated _____   05/04/10

Signed _____
         Attorney for Debtor(s)

B6A (Official Form 6A) (12/07)

In re ___**Brezhneva, Yelena**_____,                          Case No. _____
             **Debtor**                                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 2816 Tilten Kilt Ave | fee simple | | $105,000.00 | $284,280 |
| | | | | |
| | | Total► | $105,000.00 | |
| | | (Report also on Summary of Schedules.) | | |

B 6B (Official Form 6B) (12/07)

**Brezhneva, Yelena**

In re _____,    Case No. _____
                        **Debtor**                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | Checking Account at Chase | | $20 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household furnishings | | $2,000 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothing | | $1,000 |
| 7. Furs and jewelry. | | Jewelry | | $1,000 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X X X X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re **Brezhneva, Yelena** _____,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Stock in LV Home Health Agency, Inc.<br>Stock in KPA Behavioral Health, Inc. | | $0<br>$0 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X<br>X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Potential Tax Refund | | $1,992 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

**Brezhneva, Yelena**

In re _____,                    Case No. _____
                    **Debtor**                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X  X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X  X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____continuation sheets attached    Total▶    | $ | $6,012 |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6C (Official Form 6C) (12/07)

In re **Brezhneva, Yelena**_____,           Case No. _____
        Debtor                                                          **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                         $136,875.
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| Checking Account at Chase | NRS 21.090(z) | $20 | $20 |
| clothing | NRS 21.090(b) | $1,000 | $1,000 |
| Household furnishings | NRS 21.090(b) | $2,000 | $2,000 |
| Potential Tax Refund | NRS 21.090(z) | $1,000 | $1,992 |
| Jewelry | NRS 21.090(a) | $1,000 | $1,000 |
| 2005 Hummer H2 | NRS 21.090(f) | $11,235 | $19,835 |
| | | | |

Total Exemptions Claimed:        $16,255

In re **Brezhneva, Yelena**                              , Case No. _____

Debtor                                                                        **(If known)**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        5280<br>Litton Loan Service<br>Box 4387<br>Houston, TX  77210-4387 | | | 2008<br><br>2816 Tilten Kilt Ave<br><br>VALUE $        105,000 | | | | $283,500 | $178,500 |
| ACCOUNT NO.        45<br>Clark County Treasurer<br>500 South Grand Central Parkway<br>Box 551220<br>Las Vegas, NV  89155-1220 | | | 2010<br>taxes on Tilten Kilt<br>2816 Tilten Kilt Ave<br><br>VALUE $        105,000 | X | | | $780 | $780 |
| ACCOUNT NO.<br>Principal Investments Inc, dba Ra<br>3475 E. Flamingo<br>Las Vegas, NV  89121 | | | 2005 Hummer H2<br><br>VALUE $        19,835 | | | | $8,600 | $8,600 |
| _1_ continuation sheets attached | | | Subtotal ▶<br>(Total of this page) | | | | $<br>$292,880 | $<br>$187,880 |
| | | | Total ▶<br>(Use only on last page) | | | | $<br>$292,880 | $<br>$187,880 |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B 6D (Official Form 6D) (12/07)

In re **Brezhneva, Yelena_____,**      Case No._____
_____Debtor_____              (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."      If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

In re **Brezhneva, Yelena** ,        Case No._____
            Debtor                                    **(if known)**

☐ **Certain farmers and fishermen**

  Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

  Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

  Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

In re **Brezhneva, Yelena** _____ ,          Case No. _____
          Debtor                                                                   **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority for Claims Listed on This Sheet**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. _____ of _____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals➤ (Totals of this page)    $ 0    $ 0    0

Total➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)    $ 0

Totals➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)    $ 0    $ 0

B 6F (Official Form 6F) (12/07)

In re **Brezhneva, Yelena**                    ,            Case No. _____
_____Debtor_____                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9476 Select Portfolio Servicing 234 E. Capitol St. Jackson, MS 39201 | | | 2006 foreclosed house | x | x | | $100,000 |
| ACCOUNT NO. 4333 IRS Kansas City, MO 64999-0025 | X | | 2009 Q4 Las Vegas Home Health Agency, Inc. | x | x | | $7,481 |
| ACCOUNT NO. 4378 Bank of America Box 26012 Greensboro, NC 27410 | | | various credit card | | | | $6,200 |
| ACCOUNT NO. 8897 Barclays Bank Delaware 125 S West St West St Wilmington, DE 19801-5014 | | | credit card | x | x | | $10,200 |

Subtotal▶ $ $123,881

__9__ continuation sheets attached

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

2

In re **Brezhneva, Yelena**_____,                    Case No. _____
             **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Office of the Labor Commissioner<br>555 E. Washington Avenue Suite 4100<br>Las Vegas, Nevada 89101 | | | 2009-2010<br>Potential liability for ***** | x | x | x | $1 |
| ACCOUNT NO.  7517<br>California Recovery Bureau, Inc.<br>135 Vallecitos De Oro<br>Suite G<br>San Marcos, CA  92069 | | | 2008<br>Wachovia; repossessed vehicle | | | | $3,940 |
| ACCOUNT NO.  45<br>Clark County Treasurer<br>500 South Grand Central Parkway<br>Box 551220<br>Las Vegas, NV  89155-1220 | | | | | | | $582 |
| ACCOUNT NO.<br>Department of Employment, Training, & Employement Secuirty Division<br>500 E. Third St.<br>Carson City, NV  89713-0030 | | | 2009-2010<br>Payroll taxes for Las Vegas Home Health Agency I | x | | x | $2,557 |
| ACCOUNT NO.  4333<br>IRS<br>Kansas City, MO 64999-0025 | x | | 2009 Q1<br>Las Vegas Home Health Agency, Inc. | x | x | | $5,259 |

Sheet no._____ of_____ continuation sheets attached                    Subtotal▶ | $ | $12,339 |
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Total▶ | $ |
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

3

In re __Brezhneva, Yelena_____,                    Case No. _____
               **Debtor**                                                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4333<br>IRS<br>Kansas City, MO 64999-0025 | x | | 2002 Q2<br>Las Vegas Home Health Agency, Inc. | x | x | | $7,326 |
| ACCOUNT NO. 4333<br>IRS<br>Kansas City, MO 64999-0025 | x | | 2009 Q3<br>Las Vegas Home Health Agency, Inc. | x | x | | $8,192 |
| ACCOUNT NO. 3352<br>Bank of America<br>Box 54600<br>Los Angeles, CA 90054-0977 | x | | 2009<br>IRS Levy fees for LV Health Agency, Inc. | | | | $200 |
| ACCOUNT NO. 4753<br>Department of Employment, Training, & Employement Secuirty Division<br>500 E. Third St.<br>Carson City, NV 89713-0030 | x | | 2009<br>Payroll Taxers for KPA Behavior Health, Inc. | | | | $11,076 |
| ACCOUNT NO. 4208<br>Citicorp Data Sysems Incorporated<br>100 Citibank Drive<br>San Antonio, TX 78245-3214 | x | | 2009<br>IRS Levy fees for KPA Behavior Health, Inc. | | | | $100 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ | $ | $26,893

Total▶ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

4

In re **Brezhneva, Yelena** _____,                         Case No. _____
          **Debtor**                                                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        8978<br>IRS<br>Kansas City, MO 64999-0025 | X | | 2009 Q1<br>Payroll taxes of KPA Behavior Health, Inc. | X | | X | $21,006 |
| ACCOUNT NO.        8978<br>IRS<br>Kansas City, MO 64999-0025 | X | | 2009 Q2<br>Payroll taxes of KPA Behavior Health, Inc. | X | | X | $26,155 |
| ACCOUNT NO.        8978<br>IRS<br>Kansas City, MO 64999-0025 | X | | 2009 Q3<br>Payroll taxes of KPA Behavior Health, Inc. | X | | X | $29,898 |
| ACCOUNT NO.        8978<br>IRS<br>Kansas City, MO 64999-0025 | X | | 2008 Q4<br>Payroll taxes of KPA Behavior Health, Inc. | X | | X | $20,815 |
| ACCOUNT NO.        8978<br>IRS<br>Kansas City, MO 64999-0025 | X | | 2009 Q1<br>Payroll taxes of KPA Behavior Health, Inc. | X | | X | $28,543 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $    $105,412

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

5

In re **Brezhneva, Yelena** _____ ,                    Case No. _____
                    **Debtor**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8978<br>IRS<br>Kansas City, MO 64999-0025 | X | | 2010 Q1<br>Payroll taxes of KPA<br>Behavior Health, Inc. (est) | X | | X | $25,000 |
| ACCOUNT NO. 5369<br>Arrowhead Direct<br>Box 856158<br>Louisville, KY 40285 | X | | 2010 Q1<br>office water of LV Home<br>Health Agency | X | | X | $173 |
| ACCOUNT NO. 2882<br>Pecos Square<br>Box 7440<br>Las Vegas, NV 89125-7440 | X | | 2009-2010<br>rent for LV Home Health<br>Agency | X | | X | $37,473 |
| ACCOUNT NO. 6905<br>Health Plan of Nevada<br>Box 18407<br>Las Vegas, NV 89114-8407 | X | | 2010<br>Health Insurance for LV<br>Home Health Agency | X | | X | $938 |
| ACCOUNT NO. 1597<br>Clark County Business License<br>500 S Grand Central Pkwy<br>3d Floor<br>Box 551810<br>Las Vegas, NV 89155-1810 | X | | 2010<br>LV Home Health Agency<br>Bux. License Renewal | X | | X | $150 |

Sheet no._____ of_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal➤   $
                        $17,255.00

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

6

In re **Brezhneva, Yelena**                    ,                    Case No. _____
　　　　　　**Debtor**                                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        6767<br>NV Energy<br>Box 30086<br>Reno, NV  89520-3086 | X | | 2010<br>Power for Las Vegas Home Health Agency | X | | X | $339 |
| ACCOUNT NO.        8744<br>Century Link<br>Box660068<br>Dallas, TX  75266-0068 | X | | 2010<br>Phone for KPA Behavioral Health, Inc. | X | | X | $232 |
| ACCOUNT NO.        9547<br>The Hartford<br>Box 2907<br>Hartford, CT 06104-2907 | X | | 2010<br>Workman Comp Premiums for KPA Behavioral Health, Inc. | X | | X | $3,253 |
| ACCOUNT NO.        7999<br>Clark County Assessor<br>500 S. Grand Central Parkway<br>Box 551401<br>Las Vegas, NV  89155-1401 | X | | 2009 Q1<br>unsecured property taxes for KPA Behavioral Health | X | | X | $205 |
| ACCOUNT NO.        2023<br>Southwest Gas Corporation<br>Box 98512<br>Las Vegas, NV  89193-8512 | X | | 2010<br>Gas for LV Homes Health Agency | X | | X | $124 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶　　$ 　$3,813

Total▶　　$
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

7

In re **Brezhneva, Yelena**_____ ,            Case No. _____
_____
              **Debtor**                                                                    **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.            1192 <br> NV Energy <br> Box 30086 <br> Reno, NV  89520-3086 | X | | 2010 <br> Electricty for LV Home Health | X | | X | $132 |
| ACCOUNT NO.            6759 <br> NV Energy <br> Box 30086 <br> Reno, NV  89520-3086 | X | | 2010 <br> Electricty for LV Home Health | X | | X | $249 |
| ACCOUNT NO.            7702 <br> Cox Communications, Inc. <br> 750 N. Rancho Dr. <br> Las Vegas, NV  89106 | X | | 2010 <br> phone for LV Home Health | X | | X | $314 |
| ACCOUNT NO. <br> Barbara Dubin, LCSW <br> 821 North Mojave Road <br> Las Vegas, NV  89101 | X | | social work for KPA behavioral health | X | | X | $2,000 |
| ACCOUNT NO. <br> Salena Balg, M.D. <br> 9480 S Eastern Ave Ste 273 <br> Las Vegas,NV  89123 | X | | psychiatric services for KPA Behavioral Health | X | | X | $12,000 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶     $     $14,563

Total▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

8

In re **Brezhneva, Yelena** _____,       Case No. _____
           **Debtor**                                                     **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Bank of America <br> 3430 E. Tropicana Ave <br> Las Vegas, NV 89121 | X | | overdrafts | X | | X | $950 |
| ACCOUNT NO. 6538 <br> Calark County Family Services, attn: Barbara Straight <br> 121 S. Martin Luther King Bvld <br> Las Vegas, NV 89106 | X | | LV Home Health alleged overpayment | X | | X | $925 |
| ACCOUNT NO. n/a <br> Josephine Corcoran <br> 4100 Dream Day St <br> Las Vegas,, NV 89102 | X | | 2010 <br> wages due from KPA Behavioral Health | X | | X | $1,480 |
| ACCOUNT NO. n/a <br> Boulder Station <br> 4111 Boulder Highway <br> Las Vegas, NV 89121 | X | | 2010 <br> returned check for KPA Behavioral Health | X | | X | $3,213 |
| ACCOUNT NO. 2 <br> SSMFS <br> Box 751225 <br> Las Vegas, NV 89136-1225 | X | | fingerprinting for KPA Behavioral Health | X | | X | $214 |

Sheet no._____ of_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims                                     Subtotal▶    $       $5,832

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

9

In re **Brezhneva, Yelena** _____,       Case No. _____
           **Debtor**                                                     **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                7010 <br> Mojave Services <br> 3775 W. Hacienda Abe <br> Las Vegas, NV  89118 | X | | electrical services for KPA Behavior Health, Inc. | X | | X | $619 |
| ACCOUNT NO. <br> US Bank <br> 2885 E. Desert Inn Rd <br> Las Vetas, NV  89121 | | | overdrafts for KPA Behavior Health, Inc. | X | | X | $1,175 |
| ACCOUNT NO.                5664 <br> Quill Corporation <br> Box 37600 <br> Philadelphia, PA  19101-0600 | X | | office supplies for KPA Behavior Health, Ink | X | | X | $150 |
| ACCOUNT NO.                9484 <br> PCM <br> 3509 Rawhide <br> Las Vegas, NV  89120 | X | | 2010 <br> printing for Las Vegas Home Health Agency | X | | X | $246 |
| ACCOUNT NO.                3333 <br> Apex Technology and Low Volta <br> 4894 Lone Mountain #240 <br> Las Vegas, NV  89130-2239 | X | f | 2010 <br> LV Home Health Agency power problems | X | | X | $89 |

Sheet no._____ of_____ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $        $1,660

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re **Brezhneva, Yelena**_____ ,    Case No._____
_____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| AT&T Mobility<br>Box 60017<br>Los Angeles, CA  90060-0017 | cell phone contract |
| | |
| | |
| | |
| | |
| | |

B 6H (Official Form 6H) (12/07)

In re **Brezhneva, Yelena** ,                    Case No. _____
_____
                     **Debtor**                                                                      **(if known)**

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LV Home Health Agency, Inc.<br>c/o Yelena Yeta<br>2550 E. Desert Inn<br>Apt #316<br>Las Vegas, NV  89121 | Debtor faces potential contingent liability for debts of LV Home Health Agency, of which she was sole shareholder and officer. |
| KPA Behavioral Health, Inc.<br>c/o Yelena Yeta<br>2550 E. Desert Inn<br>Apt #316<br>Las Vegas, NV  89121 | Debtor faces potential contingent liability for debts of KPA Behavioral Health, Inc., of which she was sole shareholder and officer. |

B6I (Official Form 6I) (12/07)

In re **Brezhneva, Yelena**                          ,          Case No. _____
                  **Debtor**                                                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S):  children | AGE(S):  12, 7 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | employed | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE | |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ $0.00 | $ $0.00 | |
| 2. Estimate monthly overtime | $ $0.00 | $ | |
| 3. SUBTOTAL | $ $0.00 | $ $0.00 | |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ $0.00 | $ $0.00 | |
| b. Insurance | $ $0.00 | $ $0.00 | |
| c. Union dues | $ | $ | |
| d. Other (Specify): _____ | $ | $ | : |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ $0.00 | $ $0.00 | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ $0.00 | $ $0.00 | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ $0.00 | $ | $0.00 |
| 8. Income from real property | $ | $ | |
| 9. Interest and dividends | $ | $ | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ | |
| 11. Social security or government assistance (Specify):_____ | $ $0.00 | $ | $0.00 |
| 12. Pension or retirement income | $ $0.00 | $ $0.00 | |
| 13. Other monthly income (Specify):_____ unemployment | $ $1,732.00 | $ | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ $1,732.00 | $ $0.00 | |
| 15. AVERAGE MONTHLY INCOME (Add amounts on lines 6 and 14) | $ $1,732.00 | $ $0.00 | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ $1,732.00 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Brezhneva, Yelena** _____ ,                    Case No. _____
                    Debtor                                                            (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,256 |
|    a. Are real estate taxes included?   Yes _____  **X** No _____ | |
|    b. Is property insurance included?   Yes _____  No _____ | |
| 2. Utilities:  a. Electricity and heating fuel | $ 160 |
|      b. Water and sewer | $ 45 |
|      c. Telephone | $ 50 |
|      d. Other _____cable_____ | $ 100 |
| 3. Home maintenance (repairs and upkeep) | $ 20 |
| 4. Food | $ 600 |
| 5. Clothing | $ 150 |
| 6. Laundry and dry cleaning | $ 20 |
| 7. Medical and dental expenses | $ 400 |
| 8. Transportation (not including car payments) | $ 400 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 20 |
| 10. Charitable contributions | $ _____ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|      a. Homeowner's or renter's | $ 10 |
|      b. Life | $ _____ |
|      c. Health | $ 800 |
|      d. Auto | $ _____ |
|      e. Other _____ | $ _____ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) _____ | $ _____ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|      a. Auto | $ 860 |
|      b. Other _____ | $ _____ |
|      c. Other _____ | $ _____ |
| 14. Alimony, maintenance, and support paid to others | $ _____ |
| 15. Payments for support of additional dependents not living at your home | $ _____ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ _____ |
| 17. Other _____ | $ _____ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 5,891 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|    a. Average monthly income from Line 15 of Schedule I | $ 1,732 |
|    b. Average monthly expenses from Line 18 above | $ 5,891 |
|    c. Monthly net income (a. minus b.) | $ -4,159 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re ___Brezhneva, Yelena_____ ,        Case No. _____
                    **Debtor**                                              **(if known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____        Signature: _/s/  Yelena Brezhneva_____
                                                                                    **Debtor**

Date _____        Signature: _____
                                                                            **(Joint Debtor, if any)**

                                                            [If joint case, both spouses must sign.]

_____
### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any,                    Social Security No.
of Bankruptcy Petition Preparer                               *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____        _____
   Signature of Bankruptcy Petition Preparer                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

-----------------------------------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____

                                        Signature: _____

                                                            _____
                                                            [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

-----------------------------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

B 8 (Official Form 8) (12/07)

# United States Bankruptcy Court
### District of Nevada

In re: **Brezhneva, Yelena**                                           Case No.

## *Chapter 7 Individual Debtor's Statement of Intention*

X   I have filed a schedule of assets and liabilities which includes debts secured by
     property of the estate

X   I have filed a schedule of executory contracts and unexpired leases which includes
     personal property subject to an unexpired lease

X   I intend to do the following with respect to the property of the estate which secures
     those debts or is subject to a lease

| Description of Secured Property | Creditor's Name | Surrender | Exempt | Redeem | Reaffirm |
|---|---|---|---|---|---|
| 2816 Tilten Kilt Ave | Litton Loan Service | | | | X |
| 2005 Hummer H2 | Principal Investments Inc, dba Rapi | | | | X |

| Description of Leased Property | Lessor's Name | Assume |
|---|---|---|
| | | |

Date:                                                    05/04/10

Signature of Debtor            **/s/  Yelena Brezhneva**
                               Yelena Brezhneva

X

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re **Brezhneva, Yelena** _____ ,
              Debtor

Case No. _____

Chapter _____  **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 105,000 | | |
| B - Personal Property | YES | 1 | $ 6,012 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $ 292,880 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 10 | | $ 294,392 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,732.00 |
| J - Current Expenditures of Individual Debtors(s) | YES | 1 | | | $ 5891 |
| TOTAL | | 21 | $ 111,012 | $ 587,272 | |

B 6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court

In re **Brezhneva, Yelena**                    ,
       Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount | |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | $0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | $0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | $0 |
| Student Loan Obligations (from Schedule F) | $ | $0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | $0 |
| TOTAL | $ | $0 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | $1,732 |
| Average Expenses (from Schedule J, Line 18) | $ | $5,891 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | $2,500 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | $187,880 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | $0 |
| 4. Total from Schedule F | | $ | $2,500 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | $190,380 |

B 8 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re:

**Brezhneva, Yelena**

Case No.

Chapter:                                                                 7

## *Statement of Financial Affairs*

### 1. Income from employment or operation of business

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | Amount | Source |
|---|---|---|
| 2008 | $37,970.00 | wages |
| 2009 | $65,820.00 | wages |
| 2010 | $5,000.00 | wages |

### 2. Income other than from employment or operation of business

None ☐

| | Amount | Source |
|---|---|---|
| 2008 | | |
| 2009 | -18728, 4590, 1205 | short sale, real estate, side business |
| 2010 | | |

### 3. Payments to creditors

**Complete a. or b., as appropriate, and c. None**

None ☒    a. Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.   Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid or Value | Amount Still Owing |
|---|---|---|---|

None ☒    b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit

budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Dates of Payments | Amount Paid or Value | Amount Still Owing |
|---|---|---|---|

None [X]    c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor and Relationship to Debtor | Dates of Payments | Amount Paid or Value | Amount Still Owing |
|---|---|---|---|

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None [X]    a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Caption of Suit and Case Number | Nature of Proceeding | Court or Agency Location | Status or Disposition |
|---|---|---|---|

None [X]    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property Was Seized | Date of Seizure | Description and Value of Property |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None [ ]    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person for Whose Benefit Property Was Seized | Date of Assignment | Terms of Assignment or Settlement |
|---|---|---|
| Wachovia, H3 Hummer | September, 2009 | repossession |

---

**6. Assignments and receiverships**

None [X]    a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Assignee | Date of Seizure | Description and Value of Property |
|---|---|---|

  None [X]    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of

the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless th espouses are separated and a joint petition is not filed.)

| Name and Address of Custodian | Name and Location of Court, Case Title & Number | Date of Order | Description and Value of Property |
|---|---|---|---|

## 7. Gifts

None  

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Person or Organization | Relationship to Debtor, if any | Date of Gift | Description and Value of Gift |
|---|---|---|---|

## 8. Losses

None  

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

Estimated Liabilities

| Description and Value of Property | Description of Circumstances and, if Loss Was Covered in Whole or in Part by Insurance, Give Particulars | Date of Loss |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None  

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| Name and Address of Payee | Date | Amount of Money or Description and Value of Property |
|---|---|---|
| Richard E. Hawkins<br>4680 Polaris #250<br>Las Vegas, NV  89121 | April,2010 | $2,800.00 |
| Incharge Education Foundation, Inc. | April, 2010 | $30.00 |

## 10. Other transfers

None  

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Transferee, and Relationship to Debtor | Date | Describe Property Transferred and Value Received |
|---|---|---|
| Tatiana Brejneva, mother of debtor | October, 2009 | 616 Bengal Bay, Las Vegas<br>Nothing received by debtor; short sale of rental property |

None  

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| Name of Trust or Other Device | Dates(s) of Transfer(s) | Amount of Money or Description and Value of Property or Debtor's Interest in Property |
|---|---|---|

---

**11. Closed Financial Accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Institution | Type of Account, Last Four Digits of Account Number, and Amount of Final Balance | Amount and Date of Sale or Closing |
|---|---|---|

---

**12. Safe Deposit Boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not

| Name and Address of Bank or Other Depository | Names and Addresses of Those With Access to Box or Depository | Description of Contents | Date of Transfer or Surrender, if Any |
|---|---|---|---|

---

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| Name and Address of Creditor | Description and Value of Property | Location of Property |
|---|---|---|

---

**14. Property Held for Another Person**

None 

List all property owned by another person that the debtor holds or controls.

| Name and Address of Owner | Description and Value of Property | Location of Property |
|---|---|---|

---

**15. Prior Address of Debtor**

None 

If debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| Address | Name Used | Dates of Occupancy |
|---|---|---|

---

**16. Spouses and Former Spouses**

None

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

Vigen Dzhavakhian
Alexander Yekta                        Divorced 2007

---

None [X]    **17. Environmental Information**

---

**18. Nature, Location, and Name of Business**

None [ ]

**a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses,and beginning and ending dates of all businesses in which the debtor w as an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, brother activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.**

| Name | Tax ID | Address | Nature of Business |
|---|---|---|---|
| LV Home Health Care, Inc. | 113804333 | (c/o Debtor) | Behavorial psychotherapy services |
| KPA Behavioral Health, Inc. | 262118978 | (c/o Debtor) | Behavorial psychotherapy services |

debtor was sole shareholder and officer for both businesses; both failed in April 2009

None [X] b    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101

---

**19. Books, records and financial statements**

None [ ]    List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| **Name and Address** | **Dates Services Rendered** |
|---|---|
| Suzanne Orlando | 2007-2010 |

None [X] b    List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| Name and Address | Address | Dates Services Rendered |
|---|---|---|

None [X] c    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain

| **Name and Address** | **Address** | **Dates Services Rendered** |
|---|---|---|

None [X] d    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| Name and Address | Date issued |
|---|---|

---

**20. Inventories**

None [X] a    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| Date of Inventory | Inventory Supervisor | Dollar amount of Inventory |
|---|---|---|

None  **X** a  **List the name and address of the person having possession of the records of each of the inventories reported in a., above**

Date of Inventory                    Name and address of custodian of inventory records

---

**21.  Current Partners, Officers, Directors, and Shareholders**

None  **X** a  **Current Partners, Officers, Directors and Shareholders None a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.**

Name and
Address                    Nature of Interest                              Percentage of Interest

None  **X** a  **If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation**

Name and
Address                    Title                         Nature and Percen Nature and Percentage of Stock Ov

---

**22.  Former partners, officers, directors and shareholders**

None  **X**  **If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.**

Name                    Address                              Date of Withdrawal

None  **X**  **If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.**

**Name and Address**                    Title                         Date of Termination

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None  **X**  **If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider,including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite  during one year immediately preceding the commencement of this case.**

Name & Address of Recipient,                    Date and Purpose   Amount of Money or Description
Relationship to Debtor                              of Withdrawal      and Value of Property

---

**24. Tax Consolidation Group**

None  **X**  **If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case**

Name of Parent Corporation                    Taxpayer Identification Number

---

**25.  Pension Funds.**

None  **X**  **If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.**

Name of Pension Fund                    Taxpayer Identification Number

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affair sand any attachments thereto and that they are true and correct.

/s/  Yelena Brezhneva _____                    05/04/10
Yelena  Brezhneva

B 203
(12/94)

# United States Bankruptcy Court

_____ District Of _____ Nevada

In re

**Brezhneva, Yelena**

Case No. _____

Debtor

Chapter _____ 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ $2,500.00

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ $2,500.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ $0.00

2. The source of the compensation paid to me was:

   ☒ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☒ Debtor            ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services: 1)Time for representation at a continued 341 hearing if the continuance is due to Client's failure to provide documents or other failure to cooperate by client.  Such representation will be charged at Attorney's regular rate of $300 per hour, 2)Renegotiation of a mortgage save as explicitly contracted, 3) Amendment of petition to include creditors or other information not initially provided by client, 4) Representation on any motion or adversary proceeding, save for those explicitly contracted.  5) In a Chapter 13 case, all Attorney time beyond sixteen hours.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

| 05/04/10 | /s/  Richard E. Hawkins, Esq. |
|---|---|
| Date | Signature of Attorney |

Hawkins Law Firm

Name of law firm

```
LITTON LOAN SERVICE
BOX 4387
HOUSTON, TX  77210-4387




CLARK COUNTY TREASURER
500 SOUTH GRAND CENTRAL PARKWAY
BOX 551220
LAS VEGAS, NV  89155-1220




PRINCIPAL INVESTMENTS INC, DBA RAPID CASH
3475 E. FLAMINGO
LAS VEGAS, NV  89121




SELECT PORTFOLIO SERVICING
234 E. CAPITOL ST.
JACKSON, MS  39201




IRS
KANSAS CITY, MO 64999-0025




BANK OF AMERICA
BOX 26012
GREENSBORO, NC 27410




BARCLAYS BANK DELAWARE
125 S WEST ST
 WEST ST
WILMINGTON, DE  19801-5014




OFFICE OF THE LABOR COMMISSIONER
555 E. WASHINGTON AVENUE SUITE 4100
LAS VEGAS, NEVADA 89101
```

PORTFOLIO RECOVERY ASSOCIATES, LLC
BOX 12914
NORFOLK, VA  23541


CALIFORNIA RECOVERY BUREAU, INC.
135 VALLECITOS DE ORO
SUITE G
SAN MARCOS, CA  92069


DEPARTMENT OF EMPLOYMENT, TRAINING, & REHABILITATI
EMPLOYEMENT SECUIRTY DIVISION
500 E. THIRD ST.
CARSON CITY, NV  89713-0030


BANK OF AMERICA
BOX 54600
LOS ANGELES, CA  90054-0977


CITICORP DATA SYSEMS INCORPORATED
100 CITIBANK DRIVE
SAN ANTONIO, TX  78245-3214


ARROWHEAD DIRECT
BOX 856158
LOUISVILLE, KY  40285


PECOS SQUARE
BOX 7440
LAS VEGAS, NV  89125-7440


HEALTH PLAN OF NEVADA
BOX 18407
LAS VEGAS, NV  89114-8407


CLARK COUNTY BUSINESS LICENSE
500 S GRAND CENTRAL PKWY
3D FLOOR
BOX 551810
LAS VEGAS, NV  89155-1810


NV ENERGY
BOX 30086
RENO, NV  89520-3086

CENTURY LINK
BOX660068
DALLAS, TX  75266-0068


THE HARTFORD
BOX 2907
HARTFORD, CT 06104-2907


CLARK COUNTY ASSESSOR
500 S. GRAND CENTRAL PARKWAY
BOX 551401
LAS VEGAS, NV  89155-1401


SOUTHWEST GAS CORPORATION
BOX 98512
LAS VEGAS, NV  89193-8512


COX COMMUNICATIONS, INC.
750 N. RANCHO DR.
LAS VEGAS, NV  89106


BARBARA DUBIN, LCSW
821 NORTH MOJAVE ROAD
LAS VEGAS, NV  89101


SALEHA BAIG, M.D.
9480 S EASTERN AVE STE 273
LAS VEGAS,NV  89123


BANK OF AMERICA
3430 E. TROPICANA AVE
LAS VEGAS, NV  89121


CALARK COUNTY FAMILY SERVICES, FISCAL UNIT
ATTN: BARBARA STRAIGHT
121 S. MARTIN LUTHER KING BVLD
LAS VEGAS, NV  89106

JOSEPHINE CORCORAN
4100 DREAM DAY ST
LAS VEGAS,, NV  89102


BOULDER STATION
4111 BOULDER HIGHWAY
LAS VEGAS, NV  89121


SSMFS
BOX 751225
LAS VEGAS, NV  89136-1225


MOJAVE SERVICES
3775 W. HACIENDA ABE
LAS VEGAS, NV  89118


US BANK
2885 E. DESERT INN RD
LAS VETAS, NV  89121


QUILL CORPORATION
BOX 37600
PHILADELPHIA, PA  19101-0600


PCM
3509 RAWHIDE
LAS VEGAS, NV  89120


APEX TECHNOLOGY AND LOW VOLTAGE
4894 LONE MOUNTAIN #240
LAS VEGAS, NV  89130-2239


NATIONAL CITY BANK
ATTN: BANKRUPTCY DEPT.
6750 MILLER ROAD
BRECKSVILLE, OH  44141

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No.: |
| **Brezhneva, Yelena** | ) | Chapter          7 |
| | ) | |
| | ) | VERIFICATION OF CREDITOR |
| | ) | MATRIX |
| | ) | |
| | ) | |
| Debtor(s). | ) | |
| | ) | |
| | ) | |

The above named Debtor hereby verifies that the attached list of creditors is true
and correct to the best of his/her knowledge.

Date  __05/04/10_____          Signature __/s/  Yelena Brezhneva_____

Date _____          Signature _____